

April 17, 2014

The Honorable Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

  Re: **<u>Fred Lee Perry v. Cleaning Pros of Wisconsin, et. al.</u>**
    Case No. 13-cv-1444

Dear Judge Joseph:

  The parties have reached a monetary settlement in this matter. A formal, written settlement agreement will be drafted and hopefully fully executed within the coming weeks, if not sooner.

  The parties respectfully request that the Scheduling Conference in this matter set for April 23, 2014 at 9:00 a.m. be cancelled and/or postponed as the parties finalize settlement.

  Please do not hesitate to contact me with any questions. Thank you.


Sincerely,
**WALCHESKE & LUZI, LLC**

*s/ Scott S. Luzi*

Scott S. Luzi
Attorney at Law
sluzi@walcheskeluzi.com


cc: Fred Lee Perry (via U.S. Mail)

www.walcheskeluzi.com contact@walcheskeluzi.com

| BROOKFIELD | APPLETON | BY APPOINTMENT |
|---|---|---|
| 200 South Executive Drive, Suite 101 | 4650 West Spencer Street, Suite 13 | Glendale (Bayshore Mall) |
| Brookfield, Wisconsin 53005 | Appleton, Wisconsin 54914 | Milwaukee (Downtown) |
| Phone: (262) 780-1953 | Phone: (920) 560-4638 | Elm Grove |
| Fax: (262) 789-6699 | Fax: (920) 968-4650 | Menomonee Falls |

Case 2:13-cv-01444-NJ Filed 04/17/14 Page 1 of 1 Document 16