

May 3, 2014

The Honorable Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

    **Re:** **Fred Lee Perry v. Cleaning Pros of Wisconsin, et. al.**
          Case No. 13-cv-1444

Dear Judge Joseph:

    Despite the fact that the parties have reached a meeting of the minds, have agreed on a monetary amount to resolve this matter, and have agreed on all non-monetary terms, a written settlement agreement has yet to be executed.

    The parties respectfully request that the Court schedule a Status Conference as soon as possible to aid them in finalizing settlement in this matter.

    Please do not hesitate to contact me with any questions. Thank you.

Sincerely,
**WALCHESKE & LUZI, LLC**

*s/ Scott S. Luzi*

Scott S. Luzi
Attorney at Law
sluzi@walcheskeluzi.com

cc:    Fred Lee Perry (via U.S. Mail)

www.walcheskeluzi.com     contact@walcheskeluzi.com

| BROOKFIELD | APPLETON | BY APPOINTMENT |
|---|---|---|
| 200 South Executive Drive, Suite 101 | 4650 West Spencer Street, Suite 13 | Glendale (Bayshore Mall) |
| Brookfield, Wisconsin 53005 | Appleton, Wisconsin 54914 | Milwaukee (Downtown) |
| Phone: (262) 780-1953 | Phone: (920) 560-4638 | Elm Grove |
| Fax: (262) 789-6699 | Fax: (920) 968-4650 | Menomonee Falls |

Case 2:13-cv-01444-NJ    Filed 05/03/14    Page 1 of 1    Document 17