UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Fred Lee Perry,

                Plaintiff,        Case No. 13-CV-1444

   v.

                                  **MINUTE SHEET**

Cleaning Pros of Wisconsin, Inc., et al. ,

                Defendants.

---

**Hon. Nancy Joseph presiding.**        **Deputy Clerk:** Diane

**Type of proceeding:** Status Conference

**Date:** 05/13/2014                              **Court Reporter:**

**Time Commenced: 1:41:44**             **Time Concluded: 1:56:47**

**Appearances:**       **Plaintiff:**    Fred Lee Perry

                           **Defendants:**  Scott S. Luzi

**Comments:**

Parties are very close to settlement; agreement on every potential settlement negotiation. Plaintiff has concerns as to the words 'with prejudice' in the confidential settlement agreement and how that may affect his ability to file future worker's compensation claims. Atty Luzi states this is the first he his hearing of this concern. Court states that it can not serve as a mediator, nor can it provide legal advice. Court offers to refer case to mediation, or to allow more time for plaintiff to gather answers to his questions. Plaintiff states he will be able to decide by Friday. Defendants state this is the third time changes will have been made to the agreement; concerned that this will continue on.

Court reminds plaintiff to work in good faith. Court sets telephonic status hearing for Friday **May 16, 2014 at 8:30 a.m.** The court will initiate the call.