UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Fred Lee Perry,

          Plaintiff,

v.

Cleaning Pros of Wisconsin, Inc., et al.,

          Defendants.

Case No. 13-CV-1444

**MINUTE SHEET**

| | |
|---|---|
| **Hon. Nancy Joseph presiding.** | **Deputy Clerk:** Diane |
| **Type of proceeding:** Telephone Status Conference | |
| **Date:** 05/16/2014 | **Court Reporter:** |
| **Time Commenced:** 8:30:51 | **Time Concluded:** 8:51:13 |

**Appearances:**   **Plaintiff:** Fred Lee Perry

                      **Defendants:** Scott S. Luzi

**Comments:**

Defendants have no update. Attorney Luzi has not heard from plaintiff. Plaintiff states he is not in a position to settle to these conditions. States defendants are stalling. Defendants state the parties have agreed on a monetary amount as well as non-monetary terms; is confused as to why plaintiff states defendants are stalling. Defendants thought the parties had a meeting of the minds; defendants feel they have accommodated all of plaintiff's requests. Plaintiff remains concerned with having to pay taxes on the settlement agreement amount, as well as how it will affect his unemployment compensation. Plaintiff does not want a 1099 at the end of the year. Plaintiff states he wants language in the agreement stating the settlement amount is not subject to taxes. Defendants state they do not have the ability to absolve plaintiff from paying taxes.

Court suggests mediation at this point since parties are so close. Defendants feel mediation would be helpful. Plaintiff does not want mediation; states that is another stall tactic; does not want to waste his time or anybody else's time.

Court ORDERS plaintiff to write down in words exactly what he wants the confidential settlement agreement to say, and then provide that to Attorney Luzi. Attorney Luzi is then to file a status letter with the court as to whether the case has settled or whether it should proceed with setting a Rule 16 in-court scheduling conference.